UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>                    Plaintiff,<br><br>          -vs-<br><br>MESFIN GHEBREAB and ASMERA LLC, individually,<br><br>                    Defendants. | Cause No. 2:21-cv-577<br><br>NOTICE OF SETTLEMENT |

### NOTICE OF SETTLEMENT

The Plaintiff, Robert Kessler, by and through counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. The Plaintiff will file dismissal papers with the Court within sixty (60) days of filing this Notice of Settlement pursuant to the parties' agreement.

Respectfully submitted this 12th day of July, 2021.

Notice of Settlement    Page | - 1 -

Submitted By:

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206) 445-3961

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

/s/ Derek Butz
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com
*Attorneys for Plaintiff*